Case: 1:18-cr-00109-[ ]  Doc #: 227 Filed: 03/11/22 Page: 2 PAGEID #: 1416

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
Southern District of Ohio

Our case 22-6296-AOV

United States of America
v.

Seth Nezat

*Defendant*

Case No. 1:18-cr-109-12

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **Seth Nezat**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See Attached

Date: 3/11/22

*Issuing officer's signature*

City and state: Cincinnati, Ohio

Richard W. Nagel, Clerk, U.S. District Court

*Printed name and title*

---

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No.  1:18-cr-109 |
| | ) |
| SETH NEZAT (12) | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Seth Nezat,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☑ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

See Petition

Date:  05/04/2020

*Issuing officer's signature*

City and state:   Cincinnati, Ohio         Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

# United States District Court
## for
## Southern District of Ohio
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Seth Nezat**                     Case Number: **1:18-CR-109-12**

Name of Sentencing Judicial Officer:     **The Honorable Douglas R. Cole, United States District Judge**

Date of Original Sentence:     **November 1, 2021**

Original Offense:     **Racketeer Influenced and Corrupt Organizations, in violation of 18 U.S.C. § 1962(d)**

Original Sentence:     **Time Served, 3 years supervised release**

Type of Supervision: **Supervised Release**     Date Supervision Commenced: **November 5, 2021**

Assistant U.S. Attorney: **Matthew Singer**     Defense Attorney: **Jay Clark**

---

## PETITIONING THE COURT

☒ To issue a warrant –AT LARGE (home address unknown)
☐ To issue a Summons
☐ To grant an exception to revocation without a hearing

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Standard Condition 2** |

**After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.**

On or about January 31, 2022, Nezat moved from his approved residence at 5621 Northeast 22nd Ave., Fort Lauderdale, Florida, 33308, and his whereabouts are unknown.

| | |
|---|---|
| 2. | **Special Condition 3** |

**Shall participate in drug and/or alcohol treatment, at the discretion of his probation officer. The defendant shall pay a co-pay for the treatment not to exceed $25, based on his ability to pay, as determined by his probation officer.**

On or about February 16, 2022, Nezat failed to attend his scheduled appointment with Compass Health Systems Inc. as required, and to date, has not satisfactorily participated in treatment as directed by the Court and monitored by the U.S. Probation Officer.

PROB 12C
(12/98)
Re: Nezat, Seth

2

3. **Special Condition 4**

   **Must submit to substance abuse testing to determine if he has used a prohibited substance. The defendant must not attempt to obstruct or tamper with the testing methods.**

   On February 17, 2022, Nezat failed to submit to drug testing as scheduled by Code-A-Phone.

**U.S. Probation Officer Recommendation:** In view of the fact that Nezat has left his last reported residence without reporting his new address and is not answering calls or returning messages from his officer and because all attempts to locate him have been exhausted, this officer respectfully recommends that a warrant be issued for his arrest so that he may be brought before the Court for a revocation proceeding.

The term of supervision should be

- ☒ Revoked
- ☐ Extended for --- years, for a total term of --- years
- ☐ Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)
- ☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*Shawn P. Donoho*

Shawn P. Donoho
Senior U. S. Probation Officer
Date: March 11, 2022

Approved,

*GRF*

Gregory Freson
Supervising U. S. Probation Officer
Date: March 11, 2022

PROB 12C
(12/98)
Re: Nezat, Seth

3

THE COURT ORDERS:

☐ No Action

☒ The Court finds that there is probable cause to believe the defendant has violated the conditions of his supervised release and orders the Issuance of a Warrant for his arrest.

☐ The Issuance of a Summons

☐ The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.

☐ Other

**The signed Probation Form 12C (Petition for Action), as well as the warrant for arrest, is to be filed under seal in the Electronic Case File (ECF) system until such time as the warrant is executed.**

_____
Signature of Judicial Officer

3/11/22
_____
Date