CLOSED

# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
## CRIMINAL DOCKET FOR CASE #: 0:22−mj−06296−AOV−1

Case title: USA v. Nezat

Date Filed: 06/14/2022

Date Terminated: 06/15/2022

Assigned to: Magistrate Judge Alicia O. Valle

**Defendant (1)**

**Seth Nezat**  represented by **Noticing FPD−FTL**
*TERMINATED: 06/15/2022*  (954) 356−7436
  Email: ftl_ecf@fd.org
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*
  *Designation: Public Defender Appointment*

**Pending Counts**  **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**  **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**  **Disposition**

18:1962−4999.F. Racketeer Influenced and Corrupt Organizations

**Plaintiff**

**USA**  represented by **Noticing AUSA CR TP/SR**
  Email: Usafls.transferprob@usdoj.gov
  *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/14/2022 | 1 | | Magistrate Removal of Violation of Conditions of Release from Southern Ohio Case number in the other District 1:18–Cr–109–DRC as to Seth Nezat (1). (tpl) (Entered: 06/14/2022) |
| 06/14/2022 | | | Set/Reset Hearings as to Seth Nezat: Initial Appearance Revocation – Rule 5(c)(3)/40– set for 6/15/2022 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. (tpl) (Entered: 06/14/2022) |
| 06/15/2022 | 2 | | Minute Order for proceedings held before Magistrate Judge Alicia O. Valle: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Seth Nezat held on 6/15/2022. Date of Arrest or Surrender: 6/15/22. Defendant signed Waiver of Removal. No bond set in this district. The Court entered the Commitment To Another District. Attorney added: Noticing FPD–FTL for Seth Nezat. Juan Michelen in court. (Digital 11:22:45) Signed by Magistrate Judge Alicia O. Valle on 6/15/2022. (tw) (Entered: 06/15/2022) |
| 06/15/2022 | 3 | | WAIVER of Rule 5(c)(3)/Rule 40 Hearing, by Seth Nezat. (tw) (Entered: 06/15/2022) |
| 06/15/2022 | 4 | | COMMITMENT TO ANOTHER DISTRICT as to Seth Nezat. Defendant committed to District of Southern Ohio. Closing Case for Defendant. Signed by Magistrate Judge Alicia O. Valle on 6/15/2022. *See attached document for full details.* (tw) (Entered: 06/15/2022) |

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Our case 22-6296-AOV

United States of America
v.

Seth Nezat

*Defendant*

Case No. 1:18-cr-109-12

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Seth Nezat**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See Attached

Date: 3/11/22

*Issuing officer's signature*

City and state: Cincinnati, Ohio

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ | |
| Date: _____ | *Arresting officer's signature* |
| | *Printed name and title* |

3

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
| v. | ) Case No. 1:18-cr-109 |
| SETH NEZAT (12) | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **Seth Nezat**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☑ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See Petition

Date: 05/04/2020

*Issuing officer's signature*

City and state: Cincinnati, Ohio

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

4

United States District Court
for
Southern District of Ohio
Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Seth Nezat**            Case Number: **1:18-CR-109-12**

Name of Sentencing Judicial Officer:      **The Honorable Douglas R. Cole, United States District Judge**

Date of Original Sentence:      **November 1, 2021**

Original Offense:      **Racketeer Influenced and Corrupt Organizations, in violation of 18 U.S.C. § 1962(d)**

Original Sentence:      **Time Served, 3 years supervised release**

Type of Supervision: **Supervised Release**      Date Supervision Commenced: **November 5, 2021**

Assistant U.S. Attorney: **Matthew Singer**      Defense Attorney: **Jay Clark**

## PETITIONING THE COURT

☒ To issue a warrant –AT LARGE (home address unknown)
☐ To issue a Summons
☐ To grant an exception to revocation without a hearing

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Standard Condition 2** |

**After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.**

On or about January 31, 2022, Nezat moved from his approved residence at 5621 Northeast 22nd Ave., Fort Lauderdale, Florida, 33308, and his whereabouts are unknown.

| | |
|---|---|
| 2. | **Special Condition 3** |

**Shall participate in drug and/or alcohol treatment, at the discretion of his probation officer. The defendant shall pay a co-pay for the treatment not to exceed $25, based on his ability to pay, as determined by his probation officer.**

On or about February 16, 2022, Nezat failed to attend his scheduled appointment with Compass Health Systems Inc. as required, and to date, has not satisfactorily participated in treatment as directed by the Court and monitored by the U.S. Probation Officer.

PROB 12C
(12/98)
Re: Nezat, Seth

2

3. **Special Condition 4**

   **Must submit to substance abuse testing to determine if he has used a prohibited substance. The defendant must not attempt to obstruct or tamper with the testing methods.**

   On February 17, 2022, Nezat failed to submit to drug testing as scheduled by Code-A-Phone.

**U.S. Probation Officer Recommendation:** In view of the fact that Nezat has left his last reported residence without reporting his new address and is not answering calls or returning messages from his officer and because all attempts to locate him have been exhausted, this officer respectfully recommends that a warrant be issued for his arrest so that he may be brought before the Court for a revocation proceeding.

The term of supervision should be

☒ Revoked

☐ Extended for --- years, for a total term of --- years

☐ Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*Shawn P. Donoho*

Shawn P. Donoho
Senior U. S. Probation Officer
Date: March 11, 2022

Approved,

*GRF*

Gregory Freson
Supervising U. S. Probation Officer
Date: March 11, 2022

PROB 12C
(12/98)
Re: Nezat, Seth

3

## THE COURT ORDERS:

☐ No Action

☒ The Court finds that there is probable cause to believe the defendant has violated the conditions of his supervised release and orders the Issuance of a Warrant for his arrest.

☐ The Issuance of a Summons

☐ The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.

☐ Other

**The signed Probation Form 12C (Petition for Action), as well as the warrant for arrest, is to be filed under seal in the Electronic Case File (ECF) system until such time as the warrant is executed.**

_____
Signature of Judicial Officer

3/11/22
_____
Date

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Magistrate Judge Alicia O. Valle (valle@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:22290159@flsd.uscourts.gov
Subject:Activity in Case 0:22-mj-06296-AOV USA v. Nezat Set/Reset Hearings
Content-Type: text/html
```

## U.S. District Court

## Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 6/14/2022 at 3:59 PM EDT and filed on 6/14/2022

**Case Name:** USA v. Nezat
**Case Number:** 0:22-mj-06296-AOV
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Set/Reset Hearings as to Seth Nezat: Initial Appearance Revocation – Rule 5(c)(3)/40– set for 6/15/2022 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate. (tpl)**

**0:22-mj-06296-AOV-1 Notice has been electronically mailed to:**

**0:22-mj-06296-AOV-1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

Courtroom 310      Date: 6/15/2022    Time: 11:00 a.m.

Defendant: Seth Nezat(J)    J#: 19691-104    Case #: 22-6296-AOV
AUSA: Bruce Brown    Attorney: Juan Michelen, AFPD
Violation: Supervised Release Violation
Proceeding: Initial Appearance Violation-Rule 40/5    CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond: No Bond
Bond Set at:    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ _____ x's a week/month by phone: _____ x's a week/month in person
☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to: _____
☐ Other: _____

Language: English

Disposition: Defendant present. Probation officer Norma Martinez present. Defendant advised of rights and charges. Defendant sworn and testified Re Indigency. AFPD appointed. Defendant waives identity, removal, and bond hearing and defers until he is in the Southern District of Ohio.

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 11:22:45      Time in Court: 13 mins

5

CHECK IF APPLICABLE: _____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 22-MJ-6296-AOV

United States of America
    Plaintiff,
v.

Seth Nezat         Charging District's Case No. 1:18-Cr-109-DRC
    Defendant,
_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the Southern District of Ohio.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☑ A detention hearing in the Southern District of Florida.

☑ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 6/15/2022

_____
Defendant's Signature

_____
Alicia O. Valle
UNITED STATES MAGISTRATE JUDGE

10

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __FLORIDA__

UNITED STATES OF AMERICA
vs.

Seth Nezat

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Southern Ohio | 1:18-Cr-109-DC | SOUTHERN DISTRICT OF FLORIDA | 22-MJ-6296-AOV |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment  ☐ Information  ☐ Complaint  ☒ PETITION

charging a violation of  Supervised Release Violation

**DISTRICT OF OFFENSE:**

SOUTHERN DISTRCIT OF OHIO

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☒ Retained Own Counsel  ☐ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** ☒ No  ☐ Yes  Language: ENGLISH

SOUTHERN DISTRICT OF FLORIDA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

6/15/2022
Date

_Alicia O. Valle_
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |